Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation; PRUDENTIAL REAL ESTATE AFFILIATES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CORMAN ASSOCIATES, INC., a Pennsylvania corporation; WILLIAM W. SIEG, an individual; MELISSA A. SIEG, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV11-636-DOC (FFMx)<br>Hon. David O. Carter<br><br>**Judgment** |

Plaintiffs The Prudential Insurance Company of America's ("Prudential") and Prudential Real Estate Affiliates, Inc.'s ("PREA") (collectively, "Plaintiffs") Motion for Default Judgment against Corman Associates, Inc., a Pennsylvania corporation, William W. Sieg, and Melissa A. Sieg ("Defendants") came on for hearing on August 22, 2011. Plaintiffs appeared by their counsel William S. O'Hare; defendants did not appear.

After full consideration of the evidence and arguments set forth in the papers

submitted and at the hearing, with good cause appearing, and pursuant to the Court's Final Order dated September 7, 2011 and pursuant to Rules 55(a) and (b) of the Federal Rules of Civil Procedure and Rules 55-1, 55-2, and 55-3 of the Central District of California Local Rules, the Court hereby enters judgment as follows:

The Court GRANTS Plaintiffs' request for a permanent injunction. IT IS HEREBY ORDERED that the above defendants Corman Associates, Inc., William W. Sieg, Melissa A. Sieg, and their employees, agents, or others acting on their behalf, in concert with them, or at their direction, are directed and enjoined as follows:

1. Defendants shall not directly or indirectly use and shall immediately cease the use of the name "Prudential," or "Prudential First Choice Realty," Prudential's Rock Logo, or any other mark, word, or name similar to Plaintiffs' names and marks which is likely to cause confusion, mistake, or to deceive in connection with Defendants' real estate business;

2. Defendants shall not operate or hold themselves or their real estate business out to the public or others as being sponsored by, approved by, affiliated with, authorized by, or connected with, Prudential or PREA, nor shall Defendants make any written or oral statement holding themselves or their real estate business out as "Prudential First Choice Realty," or as being in any way connected with Prudential or PREA;

3. Defendants shall contact any domain name registrar to abandon all domain names containing the word "Prudential" or any of Prudential's proprietary marks, including, without limitation the domain name www.prudentialfirstchoice.com. Defendants shall contact any internet service provider to purge any domain name server information from any web site addresses which have been used to promote Defendants' previous PREA franchised business and contact any search engines to delete references to their formerly Prudential branded real estate businesses;

4. Defendants shall remove and destroy any and all existing building and yard signage in their possession containing the Prudential name or marks, and all existing printed materials in their possession bearing the Prudential name and marks, including but not limited to, business cards, stationery, envelopes, labels, signs, prints, packages, advertisements, forms, contracts, promotional items and any other materials in Defendants' possession, custody or control, that identify Defendants or their real estate business as operating under the names "Prudential," or "Prudential First Choice Realty," and any and all proofs, plates, and any other means for making such material; and

5. Defendants shall not place any further orders for any printed materials, advertisements, telephone listings, or other materials using the names "Prudential," "Prudential First Choice Realty, " or any substantially similar name.

The Court awards damages in the amount of $253,232.08. The Court authorizes recovery of attorneys' fees in the amount of $8,664.64 and costs in the amount of $2,792.31.

Dated: November 14, 2011

*David O. Carter*
The Honorable David O. Carter
United States District Court Judge